# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-CV-60064-RS

HOWARD COHAN,

     Plaintiff,

v.

CASABLANCA RESTAURANT LLC,
a Florida Limited Liability Company
d/b/a CASABLANCA CAFÉ,

     Defendant.

_____/

### ORDER OF DISMISSAL

     This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice

[DE 11].  Accordingly, it is hereby,

     **ORDERED** that:

1.     This matter is **DISMISSED with prejudice**.

2.     All pending motions are **DENIED as moot**.

3.     Each party shall bear its own attorneys' fees and costs.

4.     This case is **CLOSED**.

     **DONE and ORDERED** in Fort Lauderdale, Florida, this 19th day of April, 2023.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record